UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
:
BERNIS SANTOS-ESCALANTE, :
:
Plaintiff, :
: 22-CV-10162 (JMF)
-v- :
: ORDER
:
CORTNEY MUSCHETTE, et al., :
:
Defendants. :
:
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     Pursuant to the Court's March 20, 2023 Order, *see* ECF No. 14, the parties were required to file a **joint letter**, the contents of which are described in ECF No. 4, by March 23, 2023. To date, the parties have not filed the required joint letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **today at 5 p.m.**

     SO ORDERED.

Dated: March 24, 2023
       New York, New York

                                               JESSE M. FURMAN
                                        United States District Judge