UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
BERNIS SANTOS-ESCALANTE,
:
:
Plaintiff,
:
: 22-CV-10162 (JMF)
-v-
:
: ORDER
CORTNEY MUSCHETTE, et al.,
:
:
Defendants.
:
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     In their proposed Case Management Plan, which the Court has so ordered, the parties indicated that they consent to conducting all further proceedings before a Magistrate Judge — but the parties also proceeded to fill out the rest of the form. *See* ECF No. 16. If the parties wish to consent to the jurisdiction of the Magistrate Judge for all purposes, they should file a fully executed version of the consent form, which is available at http://nysd.uscourts.gov/node/754; otherwise, the undersigned will continue to preside over this matter.

     SO ORDERED.

Dated: March 31, 2023
       New York, New York

                                                      _____
                                                      JESSE M. FURMAN
                                                  United States District Judge