UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERNIS SANTOS-ESCALANTE,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>CORTNEY MUSCHETTE, et al.,<br><br>　　　　　　　　　　Defendants. | 22-CV-10162 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

　　The parties are advised that the pretrial teleconference set for **August 8, 2023**, at **9:30 a.m.**, will proceed as planned. The parties should join it by calling Judge Subramanian's Teams conference line at **(646) 453-4442** and using conference ID **328 408 198**, followed by the pound (#) key. Counsel should review and comply with the procedures for telephone conferences set forth in the Court's Individual Practices in Civil Cases, available at [https://www.nysd.uscourts.gov/hon-arun-subramanian](https://www.nysd.uscourts.gov/hon-arun-subramanian), including Rule 4(B)(i), which requires the parties, no later than 24 hours before the conference, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

　　SO ORDERED.

Dated: August 2, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ARUN SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge