UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERNIS SANTOS-ESCALANTE,<br><br>                              Plaintiff,<br><br>          -against-<br><br>CORTNEY MUSCHETTE, et al.,<br><br>                              Defendants. | 22-CV-10162 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The parties have failed to submit the joint status letter as directed by ECF No. 28. The Court reached out to the parties via email and was informed by plaintiff's counsel that the letter docketed at ECF No. 29 was the joint letter. But that letter was not a joint letter; it was a letter solely from plaintiff's counsel. The Court hereby extends the time for the parties to submit the required joint status letter to today, August 7, 2023, at 6:00 PM. The letter should provide the views of both parties as to the status of this matter, including what discovery remains outstanding; plaintiff's counsel's efforts to reach the plaintiff, including to serve the August 3, 2023, endorsed letter on plaintiff as previously ordered by the Court (Dkt. 28); and the motion to withdraw addressed in that letter.

          SO ORDERED.

Dated: August 7, 2023
          New York, New York

_____
          ARUN SUBRAMANIAN
          United States District Judge