UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERNIS SANTOS-ESCALANTE,

                Plaintiff,

-against-

CORTNEY MUSCHETTE, et al.,

                Defendants.

22-CV-10162 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    The Court appreciates counsel's diligent efforts to get in contact with plaintiff. Plaintiff shall either enter a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), or move to dismiss under Rule 41(a)(2). If neither action is taken by Monday, August 28, 2023, at 5:00 p.m., the parties shall file a status letter with the Court.

    SO ORDERED.

Dated: August 14, 2023
       New York, New York

                                  ARUN SUBRAMANIAN
                                United States District Judge